United States Bankruptcy Court
Western District of Michigan

In re:  
Hansen Kids, LLC  
    Debtor

Case No. 25-00345-jwb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0646-1      User: admin      Page 1 of 3  
Date Rcvd: Aug 28, 2025      Form ID: NPD      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hansen Kids, LLC, 3840 Sweetbrier Lane, Charlevoix, MI 49720-9532 |
| cr | + | BayFirst National Bank, c/o Plunkett Cooney, 333 Bridge Street NW, Suite 530, Grand Rapids, MI 49504 UNITED STATES 49504-5365 |
| 9010334 | + | 33rd Judicial Circuit Court, 301 S. State St., Charlevoix, MI 49720-1532 |
| 9010335 | + | Alward Fisher Rice Rowe & Graf, 412 S. Union St, Traverse City, MI 49684-2537 |
| 9020847 | + | CAN Capital, Inc., as assignee of WebBank, 1850 Parkway Place Suite 1150, Marietta, GA 30067-4439 |
| 9012581 | | Flat World Global Solutions, 1155 Independence Pkwy, Ste. 200, Deer Park, TX 77573 |
| 9059288 | + | Flexport, 760 Market St, 8th Floor, San Francisco, CA 94102-2300 |
| 9010341 | + | Hosted Co., c/o Meghan Jimena, 134 Whitegate Ln, Wayzata, MN 55391-1375 |
| 9010343 | | JP Morgan Chase Bank, 730 Kansas Ln Ste A, Monroe, LA 71203-4774 |
| 9020294 | + | JPMorgan Chase Bank, N.A., c/o Alward Fisher Rice Rowe & Graf, PLC, 412 S. Union Street, Traverse City, MI 49684-2537 |
| 9010342 | + | Jessica Hansen, 3840 Sweetbriar Ln., Charlevoix, MI 49720-9532 |
| 9034446 | | Michigan Department of Treasury/ Bankruptcy Unit,, POB 30168, Lansing, MI 48909., (517) 241-5002 |
| 9010345 | + | Shopify, 33 Montgomery St., Ste. 750, San Francisco, CA 94104-4522 |
| 9010346 | + | Steven & Jessica Hansen, 3840 Sweetbrier Ln., Charlevoix, MI 49720-9532 |
| 9010347 | + | Storehouse Capital & Funding Solutions, 5450 Bruce B. Downs Blvd, #166, Wesley Chapel, FL 33544-8616 |
| 9010348 | + | Storehouse Capital & Funding Solutions, 101 Plaza Real South, Ste. 204, Boca Raton, FL 33432-4856 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: Treas-CSB-BKY-Notices@michigan.gov | Aug 28 2025 21:46:00 | State of Michigan - Dep't of Treasury, C/O Dep't of Attorney General, PO Box 30754, Lansing, MI 48909-8254 |
| 9010336 | + | Email/Text: bankruptcies@bayfirstfinancial.com | Aug 28 2025 21:46:00 | Bay First National Bank, 700 Central Ave., Ste 100, Saint Petersburg, FL 33701-3600 |
| 9040913 | + | Email/Text: bankruptcies@bayfirstfinancial.com | Aug 28 2025 21:46:00 | BayFirst Financial, Attn: Cindy Goss, 700 Central Avenue, St. Petersburg, FL 33701-3631 |
| 9010337 | + | Email/Text: bankruptcies@bayfirstfinancial.com | Aug 28 2025 21:46:00 | BayFirst National Bank, Attn: SBA Servicing, 700 Central Ave, Ste 100, Saint Petersburg, FL 33701-3600 |
| 9040914 | + | Email/Text: bankruptcies@bayfirstfinancial.com | Aug 28 2025 21:46:00 | BayFirst National Bank, Attn: Cindy Goss, 700 Central Avenue, St. Petersburg, FL 33701-3631 |
| 9010338 | ^ | MEBN | Aug 28 2025 21:45:25 | Blue Vine, 401 Warren St, Redwood city CA 94063-1536 |
| 9010339 | | Email/Text: bzern@celticbank.com | Aug 28 2025 21:46:00 | Celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 9010340 | + | Email/Text: Bankruptcynotice@cscglobal.com | Aug 28 2025 21:45:00 | Corporation Service Company/Webbank, PO Box 2576, Springfield, IL 62708-2576 |
| 9010344 | + | EDI: JPMORGANCHASE | Aug 29 2025 02:22:00 | JP Morgan Chase Bank, Collateral Management Small Business, PO Box 33035, Louisville, KY |

| District/off: 0646-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2025 | Form ID: NPD | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 9015495 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 28 2025 21:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 40232-3035 |
| 9059289 | + | Email/Text: Treas-CSB-BKY-Notices@michigan.gov | Aug 28 2025 21:46:00 | Michigan Dept of Treas., PO Box 30168, Lansing, MI 48909-7668 |
| 9010349 | + | Email/Text: bncnotices@stripe.com | Aug 28 2025 21:46:00 | Stripe, 354 Oyster Point Blvd., South San Francisco, CA 94080-1912 |
| 9010350 | | Email/Text: PDELINQ@sba.gov | Aug 28 2025 21:45:00 | US Small Business Administration, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9017871 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 9019920 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 9010351 | *+ | US Small Business Administration, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam M Roose | on behalf of Creditor State of Michigan - Dep't of Treasury roosea2@michigan.gov collinsm16@michigan.gov |
| Jeffrey C. Alandt | on behalf of Debtor Hansen Kids LLC jalandtecf@gmail.com, g16562@notify.cincompass.com;alandt.jeffreyc.b123031@notify.bestcase.com |
| Lisa A. Hall | on behalf of Creditor BayFirst National Bank lhall@plunkettcooney.com crobinson@plunkettcooney.com |
| Michael V. Maggio | michael.v.maggio@usdoj.gov |
| Scott A. Chernich | schernich@fosterswift.com mi44@ecfcbis.com;jnegrete@fosterswift.com |
| Susan Jill Rice | on behalf of Creditor JPMorgan Chase Bank N.A. jrice@nmichlaw.com, arice@nmichlaw.com,emclachlan@nmichlaw.com |

District/off: 0646-1  User: admin  Page 3 of 3
Date Rcvd: Aug 28, 2025  Form ID: NPD  Total Noticed: 29
TOTAL: 6

Form NPD (02/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Hansen Kids, LLC**<br>3840 Sweetbrier Lane<br>Charlevoix, MI 49720<br>Tax ID: 45–5253065<br><br>**Debtor** | **Case Number 25–00345–jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

### NOTICE OF POSSIBLE DIVIDEND TO CREDITORS

Notice of insufficient assets to pay creditors was given to creditors in the notice of the section 341 Meeting of Creditors. Creditors were asked not to file a proof of claim at that time. It now appears that there may be some monies available for the payment of a dividend to creditors. It is therefore requested that a notice be sent to all creditors setting a deadline for filing proofs of claim.

### NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM

All parties are hereby notified that it now appears that there may be sufficient monies in this estate for payment of a dividend to creditors. In order to share in this distribution, a creditor **must file a proof of claim** whether or not the creditor is included in the list of creditors filed by the debtor. Claims must be filed with the clerk of the bankruptcy court **within 90 days** of the date of service. Claims which are not filed within 90 days will not be allowed, except as otherwise provided by law. Governmental entities should review 11 U.S.C. 502(b)(9). Please file your Proof of Claim electronically (a login & password is not required) by visiting: www.miwb.uscourts.gov. Select Filing Proofs of Claim located under Information for Creditors. A Proof of Claim form can be obtained at the same website or at any bankruptcy clerk's office. Please electronically file your proof of claim or mail to:

U.S. Bankruptcy Court
1 Division Avenue North, Room 200
Grand Rapids, MI 49503

Creditors who have already filed claims do **not** need to file another claim unless they intend to amend the claim now on file. Please note that claims **must arrive** at the court within the 90 days indicated above. It is not sufficient that the envelope be postmarked within that time period, and the court will not accept filings by fax.

Date:
August 28, 2025

*Andrew R. Vara*
United States Trustee

By: *Matthew W. Cheney*
Assistant U.S. Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, MI 49503

FORM EPOC (09/13)

# United States Bankruptcy Court

Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

**Michelle M. Wilson**
**Clerk of Court**
(616) 456–2693 Tel.



**eLECTRONIC PROOF OF CLAIM FILING SYSTEM (ePOC)**

**Save Time & Money with ePOC!!!!**

ePOC enables creditors without a CM/ECF login/password to electronically file proofs of claims; thereby eliminating the need to complete the paper copy of the Proof of Claim form and mailing it to the Court for filing.

ePOC allows creditors to:

– Populate and electronically file Official Form B410 with the Court

– Attach optional supporting documentation in pdf format to the proof of claim

– Receive immediate verification of the filing

– Electronically file amended proofs of claim

To file your claim using ePOC, please go to the Court's website at: www.miwb.uscourts.gov

Once you access the website, click on the Electronic Proof of Claims link located under **Information for Creditors**

*Penalty for filing fraudulent claim:* **Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 and 3571.**